**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF TENNESSEE**
**WESTERN DIVISION**

ROGER MIGUEL
SABORIT MARTINEZ,

     Petitioner,

v.                                                                    Case No. 2:26-cv-01023-MSN-tmp

WEST TENNESSEE DETENTION
CORE CIVIC-ICE,

     Respondent.

## JUDGMENT

**JUDGMENT BY COURT.**  This action came before the Court on Petitioner's *pro se* Petition for Writ of Habeas Corpus under 28 U.S.C. § 2241 (ECF No. 2), filed February 6, 2026.

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Notice of Voluntary Dismissal (ECF No. 8), filed May 14, 2026, this matter is hereby **DISMISSED WITHOUT PREJUDICE**.

**APPROVED:**

*s/ Mark S. Norris*
MARK S. NORRIS
UNITED STATES DISTRICT JUDGE

May 18, 2026
Date